1  **Nicole M. Ryan (SBN 175980)**
   nicole.ryan@sidley.com
2  **SIDLEY AUSTIN LLP**
   555 California Street, Suite 2000
3  San Francisco, California 94104
   Telephone: (415) 772-1200
4  Facsimile: (415) 772-7400

5  **Attorneys for Defendant**
   **STEWART TITLE GUARANTY COMPANY**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY NICHOLS, Individually and On Behalf of All Others Similarly Situated and in the Interest of the General Public of the State of California,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>STEWART TITLE OF PLACER, a California corporation, STEWART TITLE GUARANTY COMPANY, a Texas corporation, RACHEL SIDERS, LEAH ISOM, and Does 1-50 inclusive,<br><br>　　　　　Defendants. | Case No. 2:15-CV-00977-TLN-AC<br><br>Assigned to: Hon. Troy L. Nunley<br><br>**ORDER GRANTING DEFENDANT STEWART TITLE GUARANTY COMPANY'S EX PARTE APPLICATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Good causing appearing, the ex parte application of Defendant Stewart Title Guaranty Company for an extension of time to respond to the Complaint is hereby granted.

Accordingly, IT IS ORDERED that Defendant Stewart Title Guaranty Company shall have until July 21, 2015 to answer or otherwise plead in response to the Complaint.

Dated:  July 6, 2015

_____
Troy L. Nunley
United States District Judge