Jaime A. Bartlett (SBN 251825)
jbartlett@sidley.com
Nicole M. Ryan (SBN 175980)
Nicole.ryan@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772 1200
Facsimile: (415) 772 7400

*Attorneys for Defendant*
*Stewart Title Guaranty Company*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY NICHOLS, Individually and On Behalf of All Others Similarly Situated and in the Interest of the General Public of the State of California,<br><br>Plaintiffs,<br><br>vs.<br><br>STEWART TITLE OF PLACER, a California corporation, STEWART TITLE GUARANTY COMPANY, a Texas corporation, RACHEL SIDERS, LEAH ISOM, THEO ADAMS, U.S. BANK, N.A., a North Dakota corporation, FIRST AMERICAN FINANCIAL CORP., a California corporation, and Does 1-50 inclusive,<br><br>Defendants. | Case No. 2:15-CV-00977-TLN-AC<br><br>Assigned to: Hon. Troy L. Nunley<br><br>**ORDER OF DISMISSAL**<br><br>First Amended Complaint Filed February 26, 2016 |

Having reviewed the Parties' Stipulation of Dismissal filed concurrently in this action, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT :

1. All of Plaintiff Nichols' causes of action with respect to Stewart Title Guaranty Company are dismissed with prejudice, with each side to bear their own attorney's fees and costs.

1     IT IS SO ORDERED.

2

3    Dated: October 26, 2018

4                                         HONORABLE TROY L. NUNLEY
                                        U.S. DISTRICT COURT JUDGE